**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TANIA VANESSA ORTIZ-CHAVEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-01182-JLT-SAB

ORDER DIRECTING RESPONDENTS TO PROVDE NEW SUBSTANATIVE BOND HEARING

The Court has reviewed Petitioner's most recent status report. (Doc. 36.) To date, Petitioner has yet to receive a substantive bond hearing at which her counsel, Mr. Robert G. Cummings, has been present. Accordingly, the Court **ORDERS**:

1. Within **14 days** of the date of service of this order, unless Petitioner consents to a later date, Respondents are ordered to provide Petitioner with an individualized bond hearing before an immigration judge that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), where "the government must prove by clear and convincing evidence that [Petitioner] is a flight risk or a danger to the community to justify denial of bond," *id*. at 1203. In the event Petitioner is "determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond," the immigration judge should consider Petitioner's financial circumstances and alternative conditions of

release. *Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

3. Within **48 hours** of this order, Petitioner's counsel, Robert G. Cummings, **SHALL** submit a new Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court (Form EOIR-28) and file a copy of such appearance with this Court alongside proof of service to the assigned Assistant U.S. Attorney in this case;

3. Prior to the bond hearing, Respondents **SHALL** provide **at least 72 hours'** notice of the scheduled hearing to Petitioner **and her counsel, Robert G. Cummings**. In addition to any notice provided through EOIR, the assigned Assistant U.S. Attorney in this case **SHALL** provide notice of the scheduled bond hearing to Mr. Cummings **at least 72 hours'** prior to bond hearing;

4. Respondents **SHALL** file a report with the Court confirming that counsel for Petitioner has received at least 72 hours-notice of the scheduled hearing.

IT IS SO ORDERED.

Dated: _August 21, 2026_

[signature]
UNITED STATES DISTRICT JUDGE